UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAFAEL SALAZAR and YOLANDA SALAZAR,<br><br>Plaintiffs,<br><br>v.<br><br>YAKIMA COUNTY CREDIT SERVICES, INC.,<br><br>Defendant. | NO. CV-12-3047-RHW<br><br>**ORDER GRANTING STIPULATION REGARDING DISMISSAL** |

Before the Court is the parties' Stipulation Regarding Dismissal, ECF No. 7. The parties stipulate to the dismissal of this case with prejudice and without costs to either party.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation Regarding Dismissal, ECF No. 7, is **GRANTED**.

2. The above-captioned case is **dismissed**, with prejudice and without costs to either party.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **close the file**.

**DATED** this 4th day of February, 2013.

   *s/Robert H. Whaley*
   ROBERT H. WHALEY
   United States District Judge

Q:\RHW\aCIVIL\2012\Salazar\dismiss.wpd

**ORDER GRANTING STIPULATION REGARDING DISMISSAL** ~ 1